UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Tampa Division

| | | |
|---|---|---|
| Jason Adam Jensen,<br>    Plaintiff, | )<br>)<br>) | Case No. 8:24-CV-00339 |
| -v- | )<br>) | JURY TRIAL DEMANDED |
| UNITED STATES OF AMERICA,<br>FLORIDA,<br>PASCO COUNTY,<br>JAMES BUCHS,<br>MEDICAL CENTER OF TRINITY,<br>EQUITY LIFESTYLE PROPERTIES, INC,<br>TIMOTHY DOUGLAS FOSTER,<br>OTSUKA AMERICA<br>PHARMACEUTICAL, INC.,<br>JOHN/JANE DOE 1-15,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |

MOTION TO STAY 28 USC § 1915 APPLICATION TO PROCEED IN FORMA PAUPERIS AND MOTION FOR 42 U.S.C. § 2000e-5(f)(1) WAIVER OF FEES, COSTS, AND SECURITIES AND THE APPOINTMENT OF AN ATTORNEY

COMESNOW, Jason Adam Jensen, disabled mentally ill pro se complainant, under 42 U.S.C. § 2000e-5(f)(1) and arrets the following:

1. Jensen has filed a 100 page, although still likely somehow defective in many regards, complaint on February 16th, 2024.

2. Jensen is not an attorney, has no official legal training, schooling, or background.

3. Jensen is disabled under every chapter of 42 U.S.C. § 12101 et seq. and reincorporates section "JENSEN AS A QUALIFIED INDIVIDUAL UNDER THE

AMERICANS WITH DISABILITIES ACT" paragraphs 60 though 74 of his complaint in this Motion.

4. Jensen has spent 4 year fighting for documentation, documenting, and preparing for this case, however, this case is akin to emotional pain for Jensen. Perhaps the Court could consider forcing an abused individual to count, recount, document, analyse, discuss, rehash, reverberate, motion, reply, and otherwise prosecute a case documenting how he was accused of being a child abductor, even while evidence was presented that Jensen was mistreated well before that charge could even remotely be levied, such as getting yelled at for stopping for a pedestrian with a dog, for safety and because Jensen likes dogs, or the revolting reaction the park members took by Jensen "driving around" the park he paid to be member to and checking it out "without a shirt". But hey, Jensen has the "Creep Factor" and "[00:16:23] Neighbor 1: [They] knew he was weird." So no state or federal action or investigate need ever be made. Surely Jensen was paranoid for knowing he was being kicked out for being "weird" and all everyone needed to do was force conflict until obviously Jensen was the problem. Even the Sheriff James Buchs got in on the action, searching for drugs, collaborating and discussing what he saw in Jensen private abode with the neighbors as if he was on their side, suggesting that the 911 complainants, which first presented as "concerned neighbors" and requested a "welfare check" while one of them was a nurse at a mental health facility that Jensen would be placed at. Then it became quite evident that they weren't concerned about Jensen at all but rather how to get rid of Jensen. To which a billion dollar corporation used that Baker Act, and his "[instability]" to remove him from hundreds of park without an individualized

assessment or any evaluation of if accommodations could alleviate any "direct threat".

5. Jensen asserts that prosecuting this case directly will negatively impact his disability surrounding mood, sleep, and stress.

6. The Americans with Disabilities Act is entirely about Public Policy, Jensen reincorporates section "CONGRESSIONAL FINDINGS AND PURPOSE OF THE AMERICANS WITH DISABILITIES ACT 42 U.S.C. 12101" of his complaint, Paragraphs 22 and 23.

7. Jensen has demonstrated that he contacted the Disability subsection committee of the Florida Bar pleading for help with this case and that plea went utterly neglected, ignored, un-responded-to, and ineffective.

8. Jensen asserts that the rights of the mentally ill are grossly subordinate to the rights of an average American under the 14th Amendment to the United States Constitution.

9. Per curium, in and of common law of this Court, and its officers, this is the exact life, liberty, and pursuit of happiness sought to be provided to the scary mentally ill person that doesn't make any sense responsible for all the mass shootings as the news depicts. It is present law, that one can be pointed at, hearsay and accusations become medical fact, and that person lose all liberty while remaining responsible for the riggers and deadlines of life. Such as Baker Acting a person and then putting a "Tow Notice" on their property.

10. Civilly, the person can be held for 72 hours without recourse or review, that can be extended by filing with the county court, where the doctor documents that the expected duration would be just 7 days, filing for a hearing that take more than 7 days

      to conduct, then just filing notice of release, dismissing the cause and relinquishing the state appointed public defender. Not only that, the state can do that ad nauseum, over and over, until they do drive the person mad if not beforehand.

11. Such damaging allegations are levied with impunity and state assigned immunity so long as supposed "good cause" is shown. Never once does Jensen or the accused mentally ill person get to face his accusers or anything remotely equivalent to due process.

WHEREFORE, Jason Adam Jensen, Plaintiff, respectfully requests that this Court enter judgement that:

a. All fees, costs and securities are waived by this Court for the Plaintiff.

b. This Court immediately, and in every way, expedite this case.

c. Dismiss the Magistrate under 42 U.S.C. § 2000e-5(f)(4) "It shall be the duty of the chief judge of the district (or in his absence, the acting chief judge) in which the case is pending immediately to designate a judge in such district to hear and determine the case. In the event that no judge in the district is available to hear and determine the case, the chief judge of the district, or the acting chief judge, as the case may be, shall certify this fact to the chief judge of the circuit (or in his absence, the acting chief judge) who shall then designate a district or circuit judge of the circuit to hear and determine the case."

d. Immediately appoint a Disability Civil Rights Attorney proficient in the Americans with Disabilities Act.

Dated: 3/6/2024                          Respectfully Submitted,

                                                /s/JasonAJensen

>Jason Adam Jensen
>
>Pro Se Disabled Qualified Person
>
>Email: jasonajensen@gmailcom

NOTICE ON CERTIFICATE OF SERVICE

THIS CASE IS NOT YET BEYOND THE IN FORMA PAUPERIS APPLICATION, NO SERVICE IS REQUIRED BY THE RULES.